UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN ANAYA FLORES,<br>Petitioner,<br>v.<br>TODD M. LYONS, et al.,<br>Respondents. | No. 1:26-cv-00069-DAD-JDP (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING MOTION TO AMEND PETITION, AND DISMISSING PETITION<br><br>(Doc. Nos. 14, 18) |

Petitioner Martin Anaya Flores is a federal immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 24, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of habeas corpus (Doc. No. 1) be dismissed due to petitioner's failure to exhaust his administrative remedies. (Doc. No. 18.) Specifically, the magistrate judge found that on January 12, 2026, the court ordered that petitioner be provided with a bond hearing before an immigration judge, that petitioner was provided a bond hearing, and that petitioner has failed to exhaust his administrative remedies. (*Id.* at 2–6.) The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 6.) To date, no party has filed objections and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above,

1. The findings and recommendations issued on June 24, 2026 (Doc. No. 18) are ADOPTED IN FULL;
2. Petitioner's petition for writ of habeas corpus (Doc. No. 1) is DISMISSED without prejudice to its renewal following exhaustion of his administrative remedies by petitioner;
3. Petitioner's motion to amend (Doc. No. 14) is DENIED; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **August 10, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE